IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:10cv00324-DAK |
| Plaintiff, | : | |
| vs. | : | **ORDER** |
| | : | |
| MARCIO ANTONIO RODRIGUEZ, | | |
| | : | |
| Defendant. | : | Honorable Dale A. Kimball |

This matter came before the Court on the Complaint filed by the United States of America ("Plaintiff") and upon the Joint Motion for Entry of Consent Judgment of Denaturalization to which Plaintiff and Defendant Marcio Antonio Rodriguez ("Defendant") agreed.

Accordingly, Court hereby ORDERS that judgment be entered for Plaintiff.

The Court FURTHER ORDERS as follows: (1) Rodriguez's United States citizenship is revoked and he is returned to Legal Permanent Resident status;  (2) Rodriguez is restrained and enjoined from claiming any rights, privileges, benefits, or advantages under any document evidencing United States citizenship; and (3) Rodriguez is ordered to surrender the following by hand or overnight commercial courier to

undersigned counsel for the United States located in Washington, D.C., within 10 days of entry of the Order: (a) Certificate of Naturalization No. 28668705, and any copies thereof in Rodriguez's possession; (b) any and all United States passports issued to Rodriguez, whether valid or expired, and any copies thereof, in Rodriguez's possession; and (c) any and all other indicia of United States citizenship pertaining to Rodriguez.

The Court FURTHER ORDERS that each party will bear its own costs and fees incurred in this action, including but not limited to fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

The Court FURTHER ORDERS that the Court shall retain jurisdiction of this matter for purposes of construction, modification, and enforcement of this Order.

The Court FURTHER ORDERS that the Clerk of the Court close this case. In the event that a need arises for the court to construe, modify, or enforce the Order, the case may be reopened upon the filing of a motion.

DATED this 2nd day of April, 2012.

_____
Honorable Dale A. Kimball
United States District Judge